AARON D. FORD
  Attorney General
DAVID A. BAILEY, Bar No. 13661
  Deputy Attorney General
State of Nevada
100 N. Carson Street
Carson City, Nevada 89701-4717
Tel: (775) 684-1163
E-mail: dabailey@ag.nv.gov

*Attorneys for Defendants under*
*Limited Notice of Appearance for*
*Settlement Discussions only*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

STEVEN BRADLEY HODGES,

Plaintiff,

v.

PERRY RUSSELL, et al.,

Defendants.

Case No.  3:21-cv-00095-MMD-CSD

**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**

IT IS HEREBY STIPULATED by and between Steven Bradley Hodges, in proper person, and Defendants, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and David A. Bailey, Deputy Attorney General, that based on the

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

Page **1**

1   settlement agreement between the parties, the above-captioned action should be dismissed

2   with prejudice by order of the Court, with each party to bear its own costs.

3   DATED this _8th_ day of _March_, 2022.        DATED this _14th_ day of _March_, 2022.

4                                                 AARON D. FORD
                                                  Attorney General
5

6   By: _Steven B. Hodges_                        By: _DaOA_
7       Steven B. Hodges #73224                       DAVID A. BAILEY, Bar No. 13661
        Plaintiff, *Pro Se*                           Deputy Attorney General
8
                                                      *Attorneys for Defendants under*
9                                                     *Limited Notice of Appearance for*
                                                      *Settlement Discussions only*
10

11                                                **IT IS SO ORDERED**

12

13                                                **U.S. DISTRICT JUDGE**

14

15                                                **DATED:** _March 28, 2022_

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 15th day of March 2022, I caused to be served a copy of the foregoing, **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** by U.S. District Court CM/ECF Electronic Filing on:

Steven Bradley Hodges # 72334
Northern Nevada Correctional Center
P.O. Box 7000
Carson City, NV 89702
lawlibrary@doc.nv.gov

*/s/ Karen Easton*
An employee of the Office
of the Attorney General